SAMUEL B. LINGLE, Trustee,

*v.*

THE PEOPLE *ex rel.* Kochersperger, County Treasurer.

*Filed at Ottawa March 28, 1896.*

The views expressed in *Bass* v. *People ex rel.* 159 Ill. 207, and *Hertig* v. *People ex rel.* id. 237, are decisive of the issues raised in this case.

APPEAL from the County Court of Cook county; the Hon. O. N. CARTER, Judge, presiding.

WILLIAM J. DONLIN, and CHARLES T. MASON, for appellant.

J. D. ADAIR, for appellee.

Per CURIAM: The questions involved in this case are the same as those decided in *Bass* v. *People ex rel.* 159 Ill. 207, and *Hertig* v. *People ex rel.* id. 237. The views expressed there are decisive of the issues here, and need not be repeated.

The judgment of the county court is affirmed.

*Judgment affirmed.*